Charles M. Warner, appellee, v. Frederick B. Carr et al., on appeal of C. Frank Taylor, appellant. Gen. No. 25,987.

Action on a promissory note against indorsers. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921. Rehearing denied October 17, 1921.

Stephens & Loomis, for appellant. William J. Lacey, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Cincinnati Time Recorder Company, appellee, v. Calumet Coal and Teaming Company, appellant. Gen. No. 26,002.

Action to recover the purchase price of office fixtures and equipment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

John J. Poulton and Thomas A. Green, for appellant; John J. Poulton, of counsel. Walter A. Moss, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Chicago & Alton Railroad Company, appellee, v. Chicago Bonding and Insurance Company, appellant. Gen. No. 26,023.

Action for damages on a contract of guaranty insurance. Judgment for plaintiff on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Winston, Strawn & Shaw, for appellee; Walter H. Jacobs and George A. Kelly, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Mansfield H. Lundberg (plaintiff), v. Aaron Bodenweiser (defendant). Aaron Bodenweiser for use of Mansfield H. Lundberg, appellee, v. Bertha M. Bodenweiser (intervener), appellant. Gen. No. 26,077.

Garnishment against a bank on a default judgment against the judgment debtor. Intervention by the wife of the judgment debtor. Judgment for plaintiff against the garnishee and separate appeals by the garnishee and the intervener. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

Harris F. Williams, for appellant. Kelly, Burns, Daly & Fitzgerald, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Mansfield H. Lundberg (plaintiff), v. Aaron Bodenweiser (defendant). Aaron Bodenweiser for use of Mansfield H. Lundberg, appellee, v. South Side State Bank (garnishee) and Bertha M. Bodenweiser (intervener), appellants. Gen. No. 26,078.

Garnishment against a bank with the wife of the judgment debtor intervening and claiming the fund. Judgment for plaintiff and

separate appeals by garnishee and intervener. Appeal from the
Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge,
presiding. Heard in the Branch Appellate Court at the March term,
1920. Affirmed. Opinion filed October 5, 1921.

Lyman M. Paine, for appellant South Side State Bank. Kelly,
Burns, Daly & Fitzgerald, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Frank C. Wright, appellant, v. Samuel Insull, receiver, etc., Chicago
City Railways et al., appellees. Gen. No. 25,604.

Action for damages for personal injuries to plaintiff who was
struck by an electric car upon alighting from the car of another
company on a parallel track. Judgment for defendants on a directed
verdict. Appeal from the Circuit Court of Cook county; the Hon.
John P. McGoorty, Judge, presiding. Heard in the Branch Appellate
Court at the October term, 1919. Reversed in part and affirmed in
part. Thomson, J., dissenting. Opinion filed October 5, 1921.

Northup, Fairbank & Klein, for appellant. Addison L. Gardner
and Carroll H. Jones, for appellee Samuel Insull. Frank L. Kriete
and William H. Symmes, for appellees Chicago City Ry. Co. and
Chicago Rys. Co.; J. R. Guilliams and Charles L. Mahony, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Gordon A. Ramsay, administrator of the estate of Patrick Kin-
nane, deceased, appellee, v. Chicago City Railway Company et al.,
appellants. Gen. No. 25,652.

Action for damages for death of a passenger while boarding de-
fendant's car, due to sudden starting or acceleration of the speed
thereof. Verdict and judgment for plaintiff. Appeal from the Cir-
cuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, pre-
siding. Heard in the Branch Appellate Court at the October term,
1919. Reversed with finding of fact. O'Connor, P. J., dissenting.
Opinion filed October 5, 1921.

Harry P. Weber, George W. Miller and Arthur J. Donovan, for
appellants; John R. Guilliams and Warner H. Robinson, of counsel.
John E. Crahen, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

A. Eichenbaum & Son, appellee, v. Bowman Dairy Company, ap-
pellant. Gen. No. 25,661.

Action for the price of hay sold and delivered. Judgment for
plaintiff on a directed verdict. Appeal from the Municipal Court of
Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard
in the Branch Appellate Court at the October term, 1919. Reversed
and remanded. Opinion filed October 5, 1921.

Montgomery, Hart & Smith, for appellant; Irving Herriott and
Norman H. Pritchard, of counsel. Mancha Bruggemeyer, for ap-
pellee; Isidore Goodman, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Paul
J. Buse, plaintiff in error. Gen. No. 25,791.

Prosecution for the keeping of intoxicating liquor for sale. De-
fendant convicted. Error to the Municipal Court of Chicago; the
Hon. William N. Gemmill, Judge, presiding. Heard in the Branch